# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

STONEY GLENN )
_____ )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
Brian Micheals )
Sergant Shulthise, Officer Micheals )
_____ )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 4:21cv405-WS/MAF
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

PROVIDED TO
SANTA ROSA C.I. ON

FILED USDC FLND TL   SEP 27 2021
OCT 1 '21 PM3:25 FOR MAILING BY
_____ S.G.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name**: STONEY GLENN
- **All other names by which you have been known:** TONY HUGO
- **ID Number**: A51181
- **Current Institution**: Santa Rosa Institution
- **Address**: 5850 East Milton Street
  Milton, Florida 32583
  *City    State    Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name**: Sergant Shulthise
- **Job or Title** *(if known)*: Sergant for County Jail
- **Shield Number**: N/A
- **Employer**: Leon County Jail
- **Address**: P.O. Box 2278 apleyard
  Tallahassee, Florida 32316
  *City    State    Zip Code*
- [ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- **Name**: Brian Micheals
- **Job or Title** *(if known)*: transport officer
- **Shield Number**: N/A
- **Employer**: Leon County Jail
- **Address**: P.O. Box 2278 apleyard
  Tallahassee, Florida 32316
  *City    State    Zip Code*
- [✓] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

            City            State           Zip Code
    ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

            City            State           Zip Code
    ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process, 5th & 14th Amendments, Equel protection, Day in Court, U.S.C.A 28121101

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendant being sued in official capacity is Sergant Shulthise who was on-
see attached

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was in the Leon County Jail.

C.   What date and approximate time did the events giving rise to your claim(s) occur?

12/20/17

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Officer Brian Micheals descriminated because I need a wheelchair and accessible van. See attached →

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am still serving a sentence that is illigal and could have received a new trial

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want attorney fees for the pretrial, trail and post conviction releif, $100,000,000.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Leon County Jail in Tallahassee Florida, 32316

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Can't remeber some things because I was having lots of Sezuires

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *I did not know of a greivance process and my Lawyer appealed to 1st D.C.A*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *On the day of the discrimination I talked to Segant Shulthise.*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *I beleive the discremination from pretrial, trail, Prison injury, continuing injury*

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*A case was dismissed in United states District for Northern Fl, Palofox Steet, Pensocala, Time Barred*

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) I did not know the correct names Stoney Glenn
   Defendant(s) N/A, NA, Smith, Powell, INCh

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A Northern District, Hard to remeber alot because of Brain damage Seizures

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A I can remeber that I have been dismissed 4 times with these iss

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. N/A last date 4/29/21

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   could not get granted to proceed in (IFP) because D.IC would not give bank dac

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/27/21

Signature of Plaintiff: Stoney Glenn
Printed Name of Plaintiff: Stoney Glenn
Prison Identification #: A51181
Prison Address: 5850 East Milton Street
Milton, Florida 32583

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

Duty at the Leon County Jail on the day I was in the Infirmary waiting to be transported to court for a hearing pursuant to a 3,860 post conviction motion that I filed Pro se and was granted to a hearing on 3 of the seven issues raised. On 12/20/17 my evidentiary hearing was set after the appellant, was appointed counsel, mr Robert Morris was appointed because I was recovering from a continuing ijury caused by Malpractice and negligence. I was confined to a hospital bed having convulsions daily. I was unable to proceed on the original set date on August 4, 2016 after counsel was appointed on July 28 2016. Due to my health issues the court had set it off. Now on the day of my evidentiary hearing officer Brian Micheal was placed under oath, then testified that he picked me up in a wheelchair and I got into the regular van with assistance. Officer Micheals did not understand the reason I could not clim into the van the day of my evidentiary hearing. I dont remeber officer Brian Micheals wheeling me out to the van and asking me to get in but I remeber not having my wheelchair in the room with me when I was asked to come walk out to the van. I cant walk that distance and still to this day I am confined to a wheelchair and I am impaired. This was discremination to prohibit me from being transported and not giving me my wheelchair and telling the courts that I voluntarily refused to come to court. This deprive me of court that is due process to be present for my post conviction proceeding and it violates the equel protection clause, the 3,850 rule of crim. Apealant Proceedure gives right to be present for proceeding and it was so harmful that I was denide post conviction relief when my issues or meritous. This Act violated, Law, rules, constitution and A.D.A. Statues.

2. Sergant Shulthise, Indecated to the court by telling my apointed counsel on the phone that she was aware that I do not have use of the left side of my body. She also stated that the officers were unable to load me in the van so they returned me and stated were not going to take him. She indicated that there was a wheelchair van, But she do not know the status of it. When Sergant Shulthise allowed her transport officers to descriminate and not offer the wheelchair van for a inmate who is disabled physicaly and mentaly challenge, This violated the A.D.A. statue. 5th amendment and 14 amendment. Equel Protection, so there for my hearing was kangaroo court. If it had not been for the above said violations my hearing would have gave me post conviction relief. This is my statement of claim.

Page 4 of 11 IV statment of claim

Sergant Shulthise was to issue me to my rights as a A.D.A inmate with disibitity to have transportation to my evidentiarly hearing when she stated that the county owns a wheelchair van but she did not know the statuse of it. This was contrary to Law, policy and Rules, Statues and constitution. My appointed counsel, Robert Morris saw what happen and despite him asking the Judge to continue the hearing, I was deprived of my day in court seeking releif. This is a attachment for Page 4, 5, D.

Page 5 of 14, D
The facts underlying claim.

arose from the fact that I am a black male with prior convictions vcused of shooting a white male falsly and I proved it in 3.8.50 motion for post conviction releif, now I am termanaly ill, impaired, and cant get proper medical care or any releif as I am actualy inocent. I still have continuing injury, If I get releif in this case it will be good case law when a issue concerns civil libertys and the america disibility Act because it proves that every indivisionaul medical issues or not the same and should not be judged by those acting onder color of law but not, R.N, M, D or A.D.A cordinater's. This is attachment of pages(G)

Page 8 of 11, (G)

Loney Glenn A5 1181
Santa Rosa Correctional institution
5850 East Milton Street
Milton Florida, 32583

Clerk of court
Elizabeth Lawrence
Chief Deputy Clerk
111 N. Adams Street
Tallahassee, Florida, 32301

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

CHECKED OCT 4 2021



ZIP 32583
02 4W
0000368416

U.S. POSTAGE >> PITNEY BOWES
$ 000.93°