IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STONEY GLENN,
D.O.C. # A51181,

    Plaintiff,

v.                                                      4:21cv405–WS/MAF

SERGEANT SCHULTHISE, and
OFFICER MICHEALIS,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 23) docketed May 18, 2022. The magistrate judge recommends that Plaintiff's claims against Sergeant Schulthise and Officer Michealis be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has filed objections (ECF No. 28) to the report and recommendation.

Having reviewed the record in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 23) is hereby ADOPTED and incorporated by reference in this order.

2. Plaintiff's claims in this case are DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2).

4. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this __16th__ day of __June__, 2022.

s/ William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE